942

No. 872. COWDEN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *J. Fleet Cowden, pro se,* and for other petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Melva M. Graney* for respondent.

No. 944. NATIONAL PNEUMATIC Co. ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Harry Levine* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for the United States.

No. 950. SPENCER ET AL. *v.* NEW ORLEANS TERMINAL Co. ET AL. C. A. 5th Cir. Certiorari denied. *Irwin Rosenthal* and *Nathan Greenberg* for petitioners. *Malcolm L. Monroe* and *W. Graham Claytor, Jr.,* for respondent New Orleans Terminal Co.

No. 964. HAWTHORNE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Arnold M. Weiner* and *Sanford Jay Rosen* for petitioner. *Solicitor General Marshall* for the United States.

No. 965. KATZ ET AL. *v.* TYLER, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *Henry Mark Holzer* and *Phyllis Tate Holzer* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 970. CARRIAGA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Melvyn E. Stein* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.